## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**BROOKE COLE,**

     ***Plaintiff,***

**v.**                             **Case No.: 4:23cv255-MW/MAF**

**DOLGENCORP, LLC,**

     ***Defendant.***

_____/

### ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal with prejudice. ECF No. 9. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk must close the file.

**SO ORDERED on December 12, 2024.**

                    **s/Mark E. Walker_____**
                    **Chief United States District Judge**